FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 JUL 30 AM 11: 57

WILLIAM W. BLEVINS
CLERK

**SEALED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 15-187 |
| v. | * | SECTION: SECT. C MAG. 1 |
| MICAHEL DUKE<br>a/k/a Mini Mike | * | VIOLATION: 21 U.S.C. § 841(a)(1)<br>21 U.S.C § 841(b)(1)(A) |
| WESLEY YOUNGER | * | 21 U.S.C § 841(b)(1)(C)<br>21 U.S.C § 846 |
| | * | 18 U.S.C § 2 |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM
## TO FILE INDICTMENT UNDER SEAL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney to move this Honorable Court to **SEAL** the Indictment in the above-captioned case and this Motion and Order to **SEAL**. The Government requests that prior to sealing, a certified copy of the Indictment be provided to the United States Attorney's Office for the Eastern District of Louisiana.

Respectfully,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
JAMES S. BAEHR
Assistant United States Attorney
LA Bar No. 35431
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone No. (504) 680-3000